FILED
SEP -9 2026
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CRIMINAL NO.** 26-cr-40053-JPG |
| | ) | |
| **AUSTIN L. KNOOB,** | ) | **Title 18,** |
| | ) | **United States Code,** |
| **Defendant.** | ) | **Section(s) 2251(a), (e), and** |
| | ) | **2252A(a)(3)(B)(ii), and** |
| | ) | **2252A(a)(2), (b)** |

**INDICTMENT**

**THE GRAND JURY CHARGES:**

**COUNT 1**
**ATTEMPTED SEXUAL EXPLOITATION OF A CHILD**

On or about August 12, 2025, in Jackson County, within the Southern District of Illinois, and elsewhere, the defendant,

**AUSTIN L. KNOOB,**

did attempt to employ, use, persuade, induce, entice, and coerce Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which depicted Minor Victim 1 engaging in an act of sexually explicit conduct, knowing and having reason to know that such visual depiction would be transported an transmitted using any means and facility of interstate and foreign commerce, including by computer, in violation of Title 18, United States Code, Sections 2251(a) and (e).

**COUNT 2**
**SOLICITATION OF CHILD PORNOGRAPHY**

On or about August 12, 2025, in Jackson County, within the Southern District of Illinois, and elsewhere, the defendant,

**AUSTIN L. KNOOB,**

using a facility and means of interstate and foreign commerce, that is the internet, did knowingly solicit material, being digital images and videos, in a manner that reflected the belief that the material contained a visual depiction of an actual minor engaging in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252A(a)(3)(B)(ii).

**COUNT 3**
**RECEIPT OF CHILD PORNOGRAPHY**

On or about April 9, 2026, in Jackson County, within the Southern District of Illinois, and elsewhere, the defendant,

**AUSTIN L. KNOOB,**

did knowingly receive any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), being a digital video which depicted Minor Victim 1 engaging in an act of sexually explicit conduct, that had been shipped and transported using any means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2252A(a)(2) and (b).

Digitally signed by STEVEN WEINHOEFT
Date: 2026.09.04 23:26:35 -05'00'

STEVEN D. WEINHOEFT
United States Attorney

CASEY E. A. BLOODWORTH
Assistant United States Attorney

Recommended Bond: DETENTION

**A TRUE BILL**

[redacted]