# UNITED STATES DISTRICT COURT

for the
Southern District of Illinois

UNITED STATES OF AMERICA
*Plaintiff*

v.

Austin L. Knoob
*Defendant(s)*

Case Number: 26-cr-40053-JPG

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Austin L. Knoob ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Count 1: Attempted Sexual Exploitation of a Child in violation of: 18:2251(a) and (e).
Count 2: Solicitation of Child Pornography in violation of 18:2252A(a)(3)(B)(ii).
Count 3: Receipt of Child Pornography in violation of 18:2252A(a)(2) and (b).

Date: September 10, 2026

Carolyn Brooks, Deputy
*Issuing officer's signature*

City and state: Benton, Illinois

Monica A. Stump, Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* ________ , and the person was arrested on *(date)* ________
at *(city and state)* ________ .

Date: ________

*Arresting officer's signature*

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of defendant/offender: __________

Known aliases: __________

Last known residence: __________

Prior addresses to which defendant/offender may still have ties: __________

Last known employment: __________

Last known telephone numbers: __________

Place of birth: __________

Date of birth: __________

Social Security number: __________

Height: __________ Weight: __________

Sex: __________ Race: __________

Hair: __________ Eyes: __________

Scars, tattoos, other distinguishing marks: __________

History of violence, weapons, drug use: __________

Known family, friends, and other associates *(name, relation, address, phone number)*: __________

FBI number: __________

Complete description of auto: __________

Investigative agency and address: __________

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: __________

Date of last contact with pretrial services or probation officer *(if applicable)*: __________