# UNITED STATES DISTRICT COURT

for the
Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>Austin L. Knoob<br>*Defendant(s)* | Case Number: 26-cr-40053-JPG |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Austin L. Knoob,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Attempted Sexual Exploitation of a Child in violation of: 18:2251(a) and (e).
Count 2: Solicitation of Child Pornography in violation of 18:2252A(a)(3)(B)(ii).
Count 3: Receipt of Child Pornography in violation of 18:2252A(a)(2) and (b).

Date: September 10, 2026

Carolyn Brooks, Deputy
*Issuing officer's signature*

City and state: Benton, Illinois

Monica A. Stump, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 9/10/26, and the person was arrested on *(date)* ______
at *(city and state)* ______

Date: 9/10/26 already in custody

Lynn Steh
*Arresting officer's signature*

Lynn Steh, Prog. Supp. Spec
*Printed name and title*